■ MURILLA SCHWEIKERT, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 47701.) — Judgment unanimously modified on the law and facts by reducing the award to $20,000, and as so modified, affirmed, without costs. Memorandum: Upon all the proof we find the fair market value of claimant's unimproved land at the date of appropriation to have been $2.50 per square foot. The judgment is accordingly modified to reflect such reduction. (Appeal from judgment of Court of Claims in claim for damages for permanent appropriation.) Present — Marsh, J. P., Witmer, Moule and Bastow, JJ.